ELLARD *v.* SCOTTISH-AMERICAN MORTGAGE CO., LIMITED.

*Lumpkin, J.*—The only material question presented by the bill of exceptions being whether or not it was lawful to contract for interest upon interest overdue, and this question having been settled adversely to the plaintiff in error by the decisions of this court in various cases, including that of *Merck* v. *American &c. Mortgage Co.*, 79 *Ga.* 213, no reason for reversing the judgment below appears.        *Judgment affirmed.*

July 29, 1895.

Complaint. Before Judge Wellborn. Habersham superior court. September term, 1894.

*J. C. Edwards*, for plaintiff in error.

*J. J. Bowden* and *G. H. Prior*, contra.

---

TREADAWAY, administrator, *v.* VEASEY.

*Simmons, C. J.*—This case, upon its substantial merits, is controlled by the decision of this court in *Treadaway* v. *Richards*, 92 *Ga.* 264, which, upon a review thereof, as to the law announced in the third head-note, is hereby affirmed. There was no error requiring a new trial.        *Judgment affirmed.*

July 29, 1895.        *Cross-bill of exceptions dismissed.*

Complaint for land. Before Judge Henry. Floyd superior court. September term, 1894.

*Dean & Dean*, for plaintiff. *J. Branham, J. W. Ewing* and *T. W. Alexander*, for defendant.